PABLO ARBONA, Appellant, v. G. RICHARD DAVIS & CO., INC., and MERCHANTS' SQUARE CORPORATION, Defendants, and ROSOFF SUBWAY CONSTRUCTION CO., INC., Respondent.— Order, as resettled, modified by limiting the particulars to be provided by plaintiff to items numbered 1, 11, 12, 13 and 14 thereof, and as so modified affirmed, with ten dollars costs and disbursements to appellant. Plaintiff may have thirty days from the entry of the order herein within which to serve the bill of particulars. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.

PHILIP M. BERNSTEIN, Respondent, v. JOSEPH A. BERNSTEIN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

GUSTAV BLAZEK, Appellant, v. WALLKILL PUBLIC SERVICE CORPORATION, Respondent.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

DOROTHY V. BOOKSTAVER, Appellant, v. JACOB SPOLAN, Respondent.— Order granting defendant's motion to set aside verdict and for a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

DOROTHY V. BOOKSTAVER, as Executrix, etc., of WILLIAM B. BOOKSTAVER, Deceased, Appellant, v. JACOB SPOLAN, Respondent.— Order granting defendant's motion to set aside verdict and for a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

GIACOMO BOTTO, as Administrator, etc., of ALBERT V. BOTTO, Deceased, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

HAZEL BOWERS, as Administratrix, etc., of HARRY BOWERS, Deceased, Respondent, v. THE LONG ISLAND RAILROAD COMPANY, Appellant.*— Judgment and order affirmed, with costs. No opinion. Kapper, Hagarty, Seeger and Scudder, JJ., concur; Lazansky, P. J., dissents upon the ground that the finding of the jury that decedent was free from contributory negligence is against the weight of the evidence.

FRED CARLSON, Respondent, v. HEDDEN IRON CONSTRUCTION COMPANY and Others, Defendants. ATLAS IRON WORKS, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Seeger and Scudder, JJ.

THE CITY OF NEW YORK, Respondent, v. AMELIA J. LANG and Others, Defendants. ATKINS BUILDING CORPORATION, Appellant.— Order directing completion of purchase reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The court did not have jurisdiction of the infant defendant. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.